**Opinion issued July 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00161-CV

————————————

## IN RE STATE FARM LLOYDS,

### Relator

---

## On Appeal from the 212th District Court
### Galveston County, Texas
### Trial Court Case No. 10-CV-2741

---

## MEMORANDUM OPINION

In this original proceeding, Relator State Farm Lloyds seeks relief from a trial court order that (1) compels discovery, and (2) strikes evidence offered in support of State Farm's objection to Real-Party-In-Interest's discovery request. State Farm has since notified the Court that the underlying case has been

transferred to an MDL pretrial court, rendering the discovery order at issue in this original proceeding moot. We do not have jurisdiction over moot orders. *E.g.*, *FDIC v. Nueces Cnty.*, 886 S.W.2d 766, 767 (Tex. 1997); *see also In re Becker*, No. 01-10-00917-CV, 2011 WL 1588520, at *1 (Tex. App.—Houston [1st Dist.] April 21, 2011, orig. proceeding) (mem. op.) (dismissing mandamus proceedings as moot because the "subject orders are not longer in effect").

We dismiss the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.